AO-10 (WP)
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| King, George H. | United States District Court Central District of California | 5/14/07 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge, Active | ___ Nomination, Date _____ <br> ___ Initial  __X__ Annual  ___ Final <br> 5b. ___ Amended Report | 1/1/06 – 12/31/06 |

| 7. Chambers or Office Address <br> Roybal Federal Bldg., Suite 660 <br> 255 East Temple Street <br> Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date_____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| | NONE (No reportable positions.) | |
| 1 | Trustee | Trust # 1 |
| 2 | Administrator | Estate # 1 |
| 3 | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| X | NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | INCOME |
|---|---|---|---|

**A. Filer's Non-Investment Income**

| | DATE | SOURCE AND TYPE | INCOME |
|---|---|---|---|
| X | NONE (No reportable non-investment income.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | DATE | SOURCE AND TYPE | INCOME |
|---|---|---|---|
| | NONE (No reportable non-investment income.) | | |
| 1 | 2006 | Stutman, Treister & Glatt LLP; Hennigan, Bennett & Dorman, LLP | |
| 2 | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>George H. King | Date of Report<br>5/14/07 |
|---|---|---|

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| [X] | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| [X] | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| [X] | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | 5/14/07 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code1 (A-H) (1) | Type (e.g., div., rent or int.) (2) | Value Code2 (J-P) (1) | Value Method Code3 (Q-W) (2) | Type (e.g., buy, sell, merger, redemption) (1) | Date: Month-Day (2) | Value Code2 (J-P) (3) | Gain Code1 (A-H) (4) | Identity of buyer/seller (if private transaction) (5) |
| NONE (No reportable income, assets, or transactions). | | | | | | | | | |
| 1 Am. Int'l Grp. | A | Div. | K | T | | | | | |
| 2 WACHOVIA CORP. | D | Div. | M | T | | | | | |
| 3 Yum Brands, Inc. | A | Div. | K | T | | | | | |
| 4 Wells Fargo Money MKT. | C | Int. | L | T | | | | | |
| 5 Boeing | A | Div. | K | T | | | | | |
| 6 In Trust # 1 Financial Credit Union-FCU | A | Div./Int. | K | T | | | | | |
| 7 SB Money FDS Retire Port #1 | A | Div. | J | T | | | | | |
| 8 Cisco Systems, Inc. | | None | K | T | | | | | |
| 9 Microsoft Corp. | A | Div. | J | T | | | | | |
| 10 Pfizer, Inc. | A | Div. | J | T | | | | | |
| 11 SBC Comm. Inc./AT&T | A | Div. | J | T | | | | | |
| 12 Wal-Mart | A | Div. | K | T | | | | | |
| 13 General Electric | A | Div. | K | T | | | | | |
| 14 SB Money FDS Retire Port. CLA #2 | A | Div. | M | T | used to purchase items 31, 32, 33 | 7-05-06 | M | n/a | |
| 15 Biotech Holdrs Trust | A | Div. | K | T | | | | | |
| 16 Lucent Technologies (Now Alcatel-Lucent ADR) | A | Div. | J | T | | | | | |
| 17 Pimco High Yield Fund Class C | A | Div. | J | T | | | | | |
| 18 UTS SPDR Trust Ser. 1 | A | Div. | J | T | | | | | |
| 19 AGERE Systems, Inc. | | None | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,00 ,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000,000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code1 (A-H) | Type (2) (e.g., div., rent or int.) | Value Code2 (J-P) | Value Method Code3 (Q-W) | Type (e.g., buy, sell, merger, | If not exempt from disclosure | | | |
| | | | | | | Date: Month-Day | Value Code2 (J-P) | Gain Code1 (A-H) | Identity of buyer/seller (if private) |
| NONE (No reportable income, | | | | | | | | | |
| 20 (In Trust #1)  Real Estate Prescott, AZ  (Purchased 9/91 - $190K) | D | Rent | M | R | | | | | |
| 21  Bank of America Acct 1 of Estate #1  (See Item I.3) | A | Int. | J | T | account closed- estate closed | 7-3-06 | J | A | |
| 22  Bank of America Acct 2 of Estate # 1 (Transf. from Wells Fargo) (See Item I.3) | B | Int. | M | T | account closed- estate closed | 7-3-06 | M | B | |
| 23  Franklin Sm. Cap. Growth Fund | C | Div. | L | T | | | | | |
| 24  Seligman Capital Fund | | None | L | T | | | | | |
| 25  Citibank (excess from items 7, 14, &/or 18) | C | Int. | L | T | | | | | |
| 26  Transamerica Life Ins. Co. Acct. (X) | A | Int. | J | T | | | | | |
| 27 BHP Billiton Ltd. | A | Div. | K | T | BUY | 7-5-06; 9-11-06 | K K | | |
| 28 Ford Motor Company | A | Div. | K | T | BUY | 11-13-06; 11-28-06 | J J | | |

1  Income/Gain Codes:   A=$1,000 or less     B=$1,001 - $2,500     C=$2,501 - $5,000     D=$5,001-$15,000     E=$15,001 - $50,000
   (See Col. B1, D4)     F=$50,001 - $100,000   G=$100,001 - $1,000,000   H1=$1,000,001 - $5,000,000   H2=More than $5,000,000

2   Value Codes:     J=$15,000 or less     K=$15,0001-$50,000     L=$50,001 - $1000,000     M=$100,001 - $250,000
    (See Col. C1, D3)   N=$250,001 - $500,000  O=$500,001 - $1,000000   P1=$1,000,001 - $5,000,000   P2=$5,000,001 - $25,000,000
                       P3=$25,000,001 - $50,000,000                   P4=More than $50,000,000

3   Value Method Codes:  Q=Appraisal         R=Cost (real estate only)   S=Assessment         T=Cash/Market
    (See Col. C2)       U=Book value        V=Other                 W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | 5/14/07 |

## VII. Page 3 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code1 (A-H) | Type (e.g., div., rent or int.) | Value Code2 (J-P) | Value Method Code3 (Q-W) | Type (e.g., buy, sell, merger, redemption) | Date: Month-Day | Value Code2 (J-P) | Gain Code1 (A-H) | Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions). | | | | | | | | | |
| 29 Wells Fargo CDx 10 (Purchased Partly From Item 4) | | None (accrued but not paid until maturity in 2007). | M | T | BUY | 7-29-06 | M | | |
| 30 Wells Fargo CDx2 (Purchased Partly From Item 4) | | None (matures in 2007) | L | T | BUY | 12-21-06 | L | | |
| 31 Allianz NFJ Div. Val. Fund | A | Div. | M | T | BUY | 7-5-06 | L | | |
| 32 Capital Income Builder Fund Class C | B | Div. | K | T | BUY | 7-5-06 | K | | |
| 33 Legg Mason Opport. Trust Fund | A | Div. | K | T | BUY | 7-5-06 | K | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,0 0 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | George H. King | 5/14/07 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)


## IX. CERTIFICATION.


I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the ███████████████████████████ § 7353 and Judicial Conference regulations.

Signature _____        Date  5/14/07

NOTE:  ANY IND█████████████████████LY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544